# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1146

Fayetteville Public Library, a political subdivision in the City of Fayetteville, State of Arkansas, et al.

Appellees

Hayden Kirby

Leta Caplinger, et al.

Appellees

v.

Crawford County, Arkansas and Chris Keith, in his official capacity as the Crawford County Judge

Todd Murray, each in his or her official capacity as a prosecuting attorney for the State of Arkansas, et al.

Appellants

_____

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:23-cv-05086-TLB)

_____

**ORDER**

Appellees' motion for extension of time to file the brief is granted. Appellees may have until September 8, 2025 to file the brief.

July 21, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
            /s/ Susan E. Bindler