501 554 0516
john@jta-law.com

# JTA Law PLLC

P.O. Box 21901
Little Rock, AR 72221

April 17, 2026

Via ECF
Susan E. Bindler
Clerk, United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

Re: Fayetteville Public Library v. Crawford County, No. 25-1146: Response to Appellants' letter regarding *Penguin Random House, LLC v. Robbins*, No. 25-1819 (8th Cir. Apr. 6, 2026) ("*Penguin*")

Dear Ms. Bindler:

I write to respond to the letter filed under Fed. R. App. P. 28(j) on April 8, 2026 regarding the opinion in *Penguin*. That case does not support this appeal.

This case concerns two sections of Arkansas Act 372. Section 1 (unlike the law in *Penguin*) attaches criminal penalties for making "harmful to minor" materials "available" in public libraries and elsewhere. Section 5 requires local governments to create a scheme for removing public-library materials challenged for "appropriateness." The district court found that Section 1's sweep, coupled with Arkansas's "harmful to minors" construction, chills protected speech by adults and older minors, and that Section 5's undefined "appropriateness" standard invites content- and viewpoint-based removals.

*Penguin* holds that "the removal of a book from the school library does not prevent a student from 'receiving' the information." Slip op. 5. By contrast, Sections 1 and 5 concern public libraries. *See, e.g.*, *Neinast v. Bd. of Trs. of*

*Columbus Metro. Libr.,* 346 F.3d 585, 591 (6th Cir. 2003) (First Amendment "right to receive information" applies to the public library, "the quintessential locus of the receipt of information" (citation omitted). Section 1 sweeps more broadly still, making it criminal merely to shelve certain materials in bookstores as well as libraries. *Penguin*'s conclusion that schoolchildren may not challenge removal of materials from school libraries does not affect Plaintiffs' claims concerning broader access to materials in public libraries and private bookstores.

Moreover, *Penguin* does not "bolster" Defendant's government-speech argument. *Penguin* did not apply government-speech analysis to libraries because this Court has already held that libraries do not engage in government speech when they select materials for their collections. *See GLBT Youth in Iowa Schools Task Force v. Reynolds*, 114 F.4th 660 (8th Cir. 2024). *GLBT Youth* unambiguously found that none of the relevant factors favor treating library books as government speech. *Id.* at 667–68. *Little v. Llano County*, 138 F.4th 834 (5th Cir. 2025) (en banc), does not upend clear Eighth Circuit precedent. It does not even establish Fifth Circuit precedent on this point. *Id.* at 835 n.† (minority of judges joined government-speech section).

Respectfully submitted,

*/s/ John T. Adams*

John T. Adams
Attorney for Central Arkansas
Library System, Nate Coulter, and
the Eureka Springs Carnegie
Public Library
JTA LAW PLLC
P.O. Box 21901
Little Rock, AR 72221
(501) 554-0516
john@jta-law.com

Bettina Brownstein
BETTINA E. BROWNSTEIN
LAW FIRM
John C. Williams
ARK. CIVIL LIBERTIES
UNION FDN.
Attorneys for Leta Caplinger,
Olivia Farrell, Miel Partain,
and Madeline Partain
904 West 2nd Street, Suite 2
Little Rock, AR 72201
(501) 920-1764
bettinabrownstein@gmail.com
john@acluarkansas.org
On Behalf of the Arkansas Civil
Liberties Union Foundation, Inc.

Vincent O. Chadick
Brandon B. Cate
Glenn V. Larkin
Attorneys for Fayetteville
Public Library
QUATTLEBAUM, GROOMS
& TULL PLLC
4100 Corporate Center Drive,
Suite 310
Springdale, Arkansas 72762
Telephone: (479) 444-5200
bcate@qgtlaw.com
vchadick@qgtlaw.com
glarkin@qgtlaw.com

Victoria S. Nugent
Jeff B. Dubner
Orlando Economos
Will Bardwell
Aman George
Attorneys for the Arkansas Library Association, Advocates for All Arkansas Libraries, and Adam Webb, in his individual capacity
DEMOCRACY FORWARD FDN.
P.O. Box 34554
Washington, DC 20043
(202) 448-9090
vnugent@democracyforward.org
oeconomos@democracyforward.org
wbardwell@democracyforward.org
ageorge@democracyforward.org

Rebecca Hughes Parker
Harrison Rosenthal
Attorneys for Pearl's Books, LLC, Wordsworth Community Bookstore LLC, American Booksellers Association, Association of American Publishers, Inc., Authors Guild, Inc. Comic Book Legal Defense Fund, and Freedom to Read Foundation
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6700
rebeccahughes.parker@dentons.com
harrison.rosenthal@dentons.com