# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No. 25-1146

_____

Fayetteville Public Library, a political subdivision in the City of Fayetteville, State of Arkansas; Eureka Springs Carnegie Public Library; Central Arkansas Library System; Nate Coulter; Olivia Farrell

Plaintiffs - Appellees

Hayden Kirby

Plaintiff

Leta Caplinger; Adam Webb; Arkansas Library Association; Advocates for All Arkansas Libraries; Pearl's Books, LLC; Wordsworth Community Bookstore, LLC, doing business as WordsWorth Books; American Booksellers Association; Association of American Publishers, Inc.; Authors Guild, Inc.; Comic Book Legal Defense Fund; Freedom to Read Foundation; Miel Partain, In her own capacity and as parent and next friend of M. Partain, by next friend M. Partain

Plaintiffs - Appellees

v.

Crawford County, Arkansas; Chris Keith, in his official capacity as the Crawford County Judge

Defendants

Todd Murray, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Sonia Eileen Fonticiella, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Devon Holder, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Matt Durrett, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Jeff Phillips, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Will Jones, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Teresa Howell, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Ben Hale, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Connie Mitchell, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Dan Turner, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Jana Bradford, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Frank Spain, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Tim Blair, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Kyle Hunter, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Daniel Shue, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Jeff Rogers, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; David Ethredge; Tom Tatum, II, each in his or her official capacity as a prosecuting attorney for

the State of Arkansas; Drew Smith, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Rebecca Reed McCoy, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Michelle Lawrence, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Debra Buschman, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Tony Rogers, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Nathan Smith, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Carol Crews, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Kevin Holmes, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Chris Walton, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Chuck Graham, each in his or her official capacity as a prosecuting attorney for the State of Arkansas

Defendants - Appellants

Tim Griffin, In his official capacity as Attorney General of Arkansas

Intervenor Defendant - Appellant

------------------------------

Foundation for Individual Rights and Expression

Amicus on Behalf of Appellee(s)

_____

No. 25-2211

_____

Fayetteville Public Library, a political subdivision in the City of Fayetteville, State of Arkansas; Eureka Springs Carnegie Public Library; Central Arkansas Library System; Nate Coulter; Olivia Farrell

Plaintiffs - Appellees

Hayden Kirby

Plaintiff

Leta Caplinger; Adam Webb; Arkansas Library Association; Advocates for All Arkansas Libraries; Pearl's Books, LLC; Wordsworth Community Bookstore, LLC, doing business as WordsWorth Books; American Booksellers Association; Association of American Publishers, Inc.; Authors Guild, Inc.; Comic Book Legal Defense Fund; Freedom to Read Foundation; Miel Partain, In her own capacity and as parent and next friend of M. Partain, by next friend M. Partain

Plaintiffs - Appellees

v.

Crawford County, Arkansas; Chris Keith, in his official capacity as the Crawford County Judge

Defendants

Todd Murray, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Sonia Eileen Fonticiella, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Devon Holder, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Matt Durrett, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Jeff Phillips, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Will Jones, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Teresa Howell, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Ben Hale, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Connie Mitchell, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Dan Turner, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Jana Bradford, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Frank Spain, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Tim Blair, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Kyle Hunter, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Daniel Shue, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Jeff Rogers, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; David Ethredge; Tom Tatum, II, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Drew Smith, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Rebecca Reed McCoy, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Michelle Lawrence, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Debra Buschman, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Tony Rogers, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Nathan Smith, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Carol Crews, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Kevin Holmes, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Chris Walton, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Chuck Graham, each in his or her official capacity as a prosecuting attorney for the State of Arkansas

Defendants - Appellants

Tim Griffin, In his official capacity as Attorney General of Arkansas

Intervenor Defendant - Appellant

————————————————

No. 25-2427

————————————————

Fayetteville Public Library, a political subdivision in the City of Fayetteville, State of Arkansas; Eureka Springs Carnegie Public Library; Central Arkansas Library System; Nate Coulter; Olivia Farrell

Plaintiffs - Appellees

Hayden Kirby

Plaintiff

Leta Caplinger; Adam Webb; Arkansas Library Association; Advocates for All Arkansas Libraries; Pearl's Books, LLC; Wordsworth Community Bookstore, LLC, doing business as WordsWorth Books; American Booksellers Association; Association of American Publishers, Inc.; Authors Guild, Inc.; Comic Book Legal Defense Fund; Freedom to Read Foundation; Miel Partain, In her own capacity and as parent and next friend of M. Partain, by next friend M. Partain

Plaintiffs - Appellees

v.

Crawford County, Arkansas; Chris Keith, in his official capacity as the Crawford County Judge

Defendants - Appellants

Todd Murray, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Sonia Eileen Fonticiella, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Devon Holder, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Matt Durrett, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Jeff Phillips, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Will Jones, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Teresa Howell, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Ben Hale, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Connie Mitchell, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Dan Turner, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Jana Bradford, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Frank Spain, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Tim Blair, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Kyle Hunter, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Daniel Shue, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Jeff Rogers, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; David Ethredge; Tom Tatum, II, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Drew Smith, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Rebecca Reed McCoy, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Michelle Lawrence, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Debra Buschman, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Tony Rogers, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Nathan Smith, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Carol Crews, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Kevin Holmes, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Chris Walton, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; Chuck Graham, each in his or her official capacity as a prosecuting attorney for the State of Arkansas

Defendants

Tim Griffin, In his official capacity as Attorney General of Arkansas

Intervenor Defendant

**JUDGMENT**

Before COLLOTON, Chief Judge, ERICKSON, and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and, as a result, the permanent injunction and award of attorney fees and costs is vacated in accordance with the opinion of this Court.

July 30, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler